UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SYLVESTER, | No. 2:21-cv-00605-DAD-AC (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE |
| SCOTT R. JONES, et al., | |
| Defendants. | (Doc. Nos. 5, 6, 8) |

Plaintiff William Sylvester is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute. (Doc. No. 8.) In particular, plaintiff has failed to comply with the court's order dated November 4, 2022 (Doc. No. 6), in which plaintiff's original complaint was dismissed and he was directed to file an amended complaint within thirty days.[1] Plaintiff was advised that his failure to

---

[1] The service copy of the court's November 4, 2022 order was mailed to plaintiff at his address of record and was returned to the court marked as "Undeliverable, [Return to Sender]." Thus, plaintiff was required to file a notice of his change of address with the court no later than January 31, 2023. To date, plaintiff has not filed a notice of his change of address or otherwise communicated with the court.

1

comply with that order would result in a recommendation that this action be dismissed. (Doc. No. 6 at 11.) Plaintiff did not filed an amended complaint as directed, or otherwise communicate with the court. The pending findings and recommendations were served on plaintiff at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 8 at 1–2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 2, 2023 (Doc. No. 8) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action;

3. Plaintiff's pending motion for injunctive relief (Doc. No. 5) and the pending findings and recommendations addressing that motion (Doc. No. 6) have been rendered moot by this order and the motion for injunctive relief is therefore denied as moot; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 27, 2023**

                                  UNITED STATES DISTRICT JUDGE

---

[2] The service copy of the findings and recommendations, which was mailed to plaintiff at his address of record, was also returned to the court marked as "Undeliverable, attempted – not known."